No. 94–7813. LEPISCOPO v. THOMAS, WARDEN. C. A. 10th Cir. Certiorari denied. 

No. 94–7814. NICKENS v. MELTON. C. A. 5th Cir. Certiorari denied. 

No. 94–7815. MOITY v. FARM CREDIT BANK OF TEXAS. 16th Jud. Dist. Ct., St. Martin Parish, La. Certiorari denied.

No. 94–7818. KICZENSKI v. LECUREUX, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–7821. LAMBERT v. PASQUOTANK COUNTY DEPARTMENT OF SOCIAL SERVICES. C. A. 4th Cir. Certiorari denied. ██ 

No. 94–7822. LOVALL v. PARK PLAZA HOSPITAL ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7824. JONES v. SANDAHL ET AL. C. A. 7th Cir. Certiorari denied. 

No. 94–7825. MCDONALD v. POLK COUNTY, GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 94–7826. GIBBS v. OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES. Ct. App. Okla. Certiorari denied.

No. 94–7827. SAVINSKI v. WISCONSIN DEPARTMENT OF CORRECTIONS. Ct. App. Wis. Certiorari denied. 

No. 94–7830. WHITE v. LOCAL 166, UNITED PLANT GUARD WORKERS OF AMERICA. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 94–7832. GIBBS v. OKLAHOMA DEPARTMENT OF REHABILITATION SERVICES. Ct. App. Okla. Certiorari denied.

No. 94–7833. GIBBS v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 10th Cir. Certiorari denied. 

No. 94–7834. GREGORY v. WASHINGTON. Ct. App. Wash. Certiorari denied.